PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2008

at 3 o'clock and 10 min. P.M.
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: AUBREY TEE, aka     Case No.: CR 03-00431DAE-01
   Aubrey L. Taylor, Aubrey Taylor Tee,
   Aubrey Bee Tee, Aubrey B.L. Tee,
   Aubrey Lee Tee

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 10/25/2004

Original Offense:   Count 1: Attempted Bank Robbery, in violation of 18 U.S.C.
                    § 2113(a), a Class C felony

Original Sentence:  Forty-six (46) months imprisonment and three (3) years of
                    supervised release with the following special conditions:
                    1) Defendant shall participate in a substance abuse program, which
                    may include drug testing at the discretion and direction of the
                    Probation Office; 2) That the defendant provide the Probation
                    Office access to any requested financial information; and 3) That
                    the defendant participate in a mental health program at the
                    discretion and direction of the Probation Office.

Type of Supervision: Supervised Release   Date Supervision Commenced: 12/19/2006

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   *General Condition:*    *That the defendant shall refrain from any unlawful use
                           of a controlled substance. The defendant shall
                           submit to one drug test within 15 days of the
                           commencement of supervision and at least two drug
                           tests thereafter but no more than eight valid drug
                           tests per month during the term of supervision
                           (mandatory condition).*

*Special Condition No. 1:*   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1.  General Condition | The subject's urine specimen submitted on 7/17/2008 tested positive for cocaine. |

On 7/17/2008, the subject reported to the Probation Office for a scheduled office visit. During the visit, the subject was administered a urine analysis drug test. The subject's urine specimen tested presumptive positive for cocaine on a non-instrumented drug testing device. When confronted about the presumptive positive drug test, the subject adamantly denied using any illegal drugs. The specimen was forwarded to Kroll Laboratories, Inc. (Kroll) for confirmation. On 7/22/2008, Kroll confirmed that the urine specimen was positive for cocaine.

On 7/23/2008, the subject reported to the Probation Office to discuss the positive test. The subject again denied using drugs. However, the subject admitted that on 7/15/2008, he went to a bar with several friends and witnessed them smoking crack cocaine in the restroom of the bar. The subject stated he immediately left the bathroom and did not engage in drug use. The subject further related that at some point during the night, his friend handed him a $100 bill to pay for drinks. The subject observed a powdery substance on the bill, which he wiped off. Subsequent to touching the substance, the subject stated that he may have incidentally touched his mouth. The subject reported that he felt a slight sting on his tongue that was reminiscent of the sensation he felt when he used cocaine in the past. Despite further questioning by this officer, the subject refused to admit using drugs. However, the subject did agree to the modifications requested in this report.

The subject has an extensive history of drug use. According to the presentence report, the subject first started using crack cocaine in his 40s. At one point, the subject reported that he used crack cocaine on a daily basis until he overdosed and was hospitalized. The subject's recurrent use of cocaine, and his failure to admit the use, suggest the need for additional drug testing. As a result, given the ruling in U.S. v Stephens, the recommended modifications will enable the Probation Office to implement controlling strategies to detect substance abuse and ensure that the subject does not reinvolve himself in noncompliant behavior.

Prob 12B
(7/93)

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

                                            Respectfully submitted by,

                                            JOHN T. HISASHIMA
                                            U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date:  7/31/2008

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

                                            DAVID ALAN EZRA
                                            U.S. District Judge

                                            AUG 0 1 2008
                                            Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

**General Condition:**   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision (mandatory condition).*

**Special Condition No. 1:**   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _/s/ John T. Hisashima_
JOHN T. HISASHIMA
U.S. Probation Officer

Signed: _/s/ Aubrey Tee_
AUBREY TEE
Supervised Releasee

7-23-08
Date